In the Matter of OSCAR VATET, Respondent, against the SCARBOROUGH SCHOOL, Appellant.

(Submitted June 4, 1934; decided June 8, 1934.)

*Alphonse V. Brisson* for motion.
*George B. Francis* opposed.
Motion denied, with ten dollars costs.